UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES – GENERAL**

Case No:  SA CV 21-01799-DOC (ADSx)          Date: November 12, 2021

Title:  Luis Castellanos et al v. FCA US, LLC et al

PRESENT:  <u>THE HONORABLE DAVID O. CARTER, JUDGE</u>

<u>Deborah Lewman</u>                              <u>Not Present</u>
Courtroom Clerk                               Court Reporter

ATTORNEYS PRESENT FOR                ATTORNEYS PRESENT FOR
PLAINTIFF:                                               DEFENDANT:
None Present                                           None Present

**PROCEEDINGS (IN CHAMBERS):    ORDER DISMISSING CIVIL CASE**

The Court, having been notified by counsel for the parties that this action has been settled re Notice of Settlement [11], hereby orders this action DISMISSED without prejudice. The Court hereby orders **ALL** proceedings in the case VACATED and taken off calendar. The Court retains jurisdiction for ninety (90) days to vacate this order and reopen the action upon showing of good cause that the settlement has not been consummated.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11
CIVIL-GEN                                                                       Initials of Deputy Clerk: djl